```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 05 B 31738
   BOBBIE J SMITH
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8925


--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 08/11/2005 and was confirmed 09/26/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
   creditors an estimated  16.65% from remaining funds.

      The case was paid in full 08/26/2008.
--------------------------------------------------------------------------------
   CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST       PRINCIPAL
                                                                  PAID           PAID
--------------------------------------------------------------------------------
   AMERICAN GENERAL FINANCE   SECURED            4410.00         293.67        4410.00
   AMERICAN GENERAL FINANCE   UNSECURED         NOT FILED           .00            .00
   AMERICAN EXPRESS TRAVEL    UNSECURED          6037.68            .00        1004.97
   RESURGENT ACQUISITION LL   UNSECURED          4980.50            .00         829.00
   BANK OF AMERICA NA         UNSECURED         NOT FILED           .00            .00
   BP AMOCO                   UNSECURED         NOT FILED           .00            .00
   ECAST SETTLEMENT CORP      UNSECURED          1006.33            .00         167.50
   RESURGENT ACQUISITION LL   UNSECURED         17288.93            .00        2877.74
   NORDSTROM FSB              UNSECURED OTH      589.49             .00          98.18
   UNION PLUS LOAN PROGRAM    UNSECURED         13171.71            .00        2192.43
   STUART B HANDELMAN         DEBTOR ATTY        1,644.00                      1,644.00
   TOM VAUGHN                 TRUSTEE                                            882.51
   DEBTOR REFUND              REFUND                                                .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                       RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
   TRUSTEE                14,400.00

   PRIORITY                                           .00
   SECURED                                       4,410.00
      INTEREST                                     293.67
   UNSECURED                                     7,169.82
   ADMINISTRATIVE                                1,644.00
   TRUSTEE COMPENSATION                            882.51
   DEBTOR REFUND                                       .00
                                          ---------------    ---------------
   TOTALS                 14,400.00             14,400.00
```

            PAGE  1 - CONTINUED ON NEXT PAGE
      CASE NO. 05 B 31738 BOBBIE J SMITH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 11/20/08 | /s/ Tom Vaughn<br>_____<br>TOM VAUGHN<br>CHAPTER 13 TRUSTEE |